UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                       Criminal No. 12-cr-134-01-JL

Danelle T. Phillips

O R D E R

The assented to motions to reschedule jury trial (document nos. 9 and 10) filed by defendant are granted; Final Pretrial is rescheduled to April 17, 2013 at 10 a.m.; Trial is continued to the two-week period beginning May 7, 2013 at 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: December 5, 2012

cc: Alfred Rubega, Esq.
    Bjorn Lange, Esq.
    U.S. Marshal
    U.S. Probation